UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMART SYSTEMS INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 14-cv-8053 |
| vs. ) | |
| ) | District Judge_____ |
| CHICAGO TRANSIT AUTHORITY, ) | |
| CUBIC CORPORATION, CUBIC ) | Magistrate Judge_____ |
| TRANSPORTATION SYSTEMS, INC., ) | |
| and CUBIC TRANSPORTATION ) | |
| SYSTEMS CHICAGO, INC., ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT
OF SMART SYSTEMS INNOVATIONS, LLC
PURSUANT TO FED. R. CIV. P. RULE 7.1 AND L.R. 3.2**

The plaintiff Smart Systems Innovations, LLC ("Smart Systems") makes these disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2.

Smart Systems has no parent corporation, no publicly held corporation has more than a 5% stake in Smart Systems' ownership, and Smart Systems has no publicly traded affiliates.

Respectfully submitted,

SMART SYSTEMS INNOVATIONS, LLC


 /s/ Marion B. Adler
Marion B. Adler (ARDC No. 6182504)
RACHLIS DUFF ADLER PEEL & KAPLAN, LLC
542 South Dearborn Street, Suite 900
Chicago, IL 60605
312-733-3957

Dated: October 15, 2014